```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
_____
                                    )
MICHAEL D.,                         )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    C.A. No. 18-426-WES
                                    )
ANDREW M. SAUL,                     )
Commissioner of the Social          )
Security Administration,            )
                                    )
        Defendant.                  )
_____)
```

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on June 20, 2019, ECF No. 15, recommending that the Court deny Plaintiff's Motion to Remand or Reverse the Decision of the Commissioner, ECF No. 11, and grant Defendant's Motion to Affirm the Decision of the Commissioner, ECF No. 12. After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R&R, ECF No. 15, and adopts the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion to Remand or Reverse the Decision of the Commissioner, ECF No. 11, is DENIED and Defendant's Motion to Affirm the Decision of the Commissioner, ECF No. 12, is GRANTED.  Final judgement shall enter in favor of Defendant.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: August 15, 2019